UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


UNITED STATES OF AMERICA,

    Plaintiff,

                                    Hon. Jane M. Beckering

v.

                                      Case No. 1:25-cr-117

KEVIN DEMETRIUS STEPHENS,

    Defendant.

_____/

### ORDER OF DETENTION

Defendant appeared before me on February 23, 2026, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a bond hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on February 23, 2026.

                               /s/ Sally J. Berens
                               SALLY J. BERENS
                               U.S. Magistrate Judge